An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANGEL MANUEL RIOS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 61598 |
| ANGEL MANUEL RIOS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 61599 |

FILED

MAR 14 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

These are consolidated appeals from judgments of conviction, pursuant to guilty pleas, of attempted home invasion and battery causing substantial bodily harm. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Angel Manuel Rios contends that the district court abused its discretion by imposing consecutive sentences.[1] We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. Parrish v. State, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Further, it is within the district court's discretion to impose consecutive sentences. See NRS 176.035(1). Here, the district court acknowledged that the parties agreed to jointly recommend concurrent prison terms of 24-60 months, but stated, "I just don't think

---

[1]The district court ordered Rios to serve consecutive prison terms of 16-60 months and 19-48 months.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07722

that that's appropriate," considering the instant offenses and Rios' criminal history. We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgments of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Connie J. Steinheimer, District Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A